IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Transamerica Premier Life Insurance Company,<br><br>        Plaintiff,<br><br>vs.<br><br>Mary S. Riley, Cathy A. Sherlock, and Rowland Funeral Home, Inc.,<br><br>        Defendants. | Civil Action No. 1:16-01850-JMC |

**ORDER**

  Before the Court is a Joint Motion of Defendants, Mary S. Riley and Cathy A. Sherlock, in this interpleader case seeking the disbursement of a life insurance policy issued by Plaintiff Transamerica Premier Life Insurance Company on the life of Roseann Sherlock. It appears to the Court that the funds in question in the sum of Six Hundred Thousand and 00/100 ($600,000.00) Dollars have now been deposited with the Court and it further appears to the Court that, as to the funds currently held by the Court, all disputes have been settled between the parties and therefore these proceeds are ripe for distribution.

  IT IS THEREFORE ORDERED by this Court and the Clerk of Court is directed to disburse the funds in its hands as follows:

  (a) A check in the sum of Two-Hundred Eighty-Two Thousand and Seventeen Dollars and 52/100 ($282,017.52) shall be issued to Mary S. Riley and Nance, McCants &

        Massey together with any interest accrued on the funds while in the hands of the Clerk of Court.

(b)     A check in the sum of Two-Hundred Eighty-Two Thousand and Seventeen Dollars and 52/100 ($282,017.52) shall be issued to Cathy A. Sherlock and Johnson, Johnson, Whittle & Lancer, Attorneys, P.A. together with any interest accrued on the funds while in the hands of the Clerk of Court.

(c)     A check in the sum of Eighteen Thousand Nine-Hundred Sixty-Four Dollars and 96/100 ($18,964.96) shall be issued to Rowland Funeral Home, Inc. pursuant to an agreement among the Defendants.

(d)     A check in the sum of Seventeen Thousand Dollars and 00/100 ($17,000.00) issued to Nelson, Mullins, Riley & Scarborough, LLC in accordance with Plaintiff Counsel's separately submitted fee petition and supporting documentation.

It is further ordered that Transamerica Premier Life Insurance Company is discharged from any obligation it may have regarding the funds held by the Clerk of Court and that neither party shall have any further claim against Transamerica Premier Life Insurance Company as to such funds.

SO ORDERED this 27th day of March, 2017.

*J. Michelle Childs*
_____
United States District Judge

Columbia, South Carolina