AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Transamerica Premier Life Insurance Company <br> *Plaintiff* <br> v. <br> Mary S. Riley, Cathy A. Sherlock, and Rowland Funeral Home, Inc. <br> *Defendants* | ) <br> ) <br> )  Civil Action No.     1:16-001850-JMC <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ other: the plaintiff, Transamerica Premier Life Insurance Company through Nelson, Mullins, Riley and Scarborough, LLC is awarded attorneys' fees in the amount of Seventeen Thousand an 00/100 ($17,000.00) Dollars and dismissed from this action with prejudice. It is further ordered that the funds deposited in the registry of the court shall be disbursed to defendant, Mary S. Riley and Nance, McCants & Massey in the sum of Two Hundred Eighty-Two Thousand, Seventeen Hundred 52/100 ($282,017.52) Dollars, and defendant, Cathy A. Sherlock and Johnson, Johnson, Whittle & Lancer, Attorneys, P.A. in the sum of Two Hundred Eighty-Two Thousand, Seventeen Hundred 52/100 ($282,017.52) Dollars and defendant, Rowland Funeral Home, Inc. in the sum of Eighteen Thousand, Nine Hundred Sixty-Four 96/100 ($18,964.96) Dollars and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having entered an order of dismissal as to plaintiff, Transamerica Premier Life Insurance Company and granted the defendants' consent order of dismissal and disbursement of funds.

Date:   March 27, 2017                                       *CLERK OF COURT*

                                                             s/Angie Snipes
                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*